**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 198 EAL 2020

           Respondent           :

                                 :   Petition for Allowance of Appeal

                                 :   from the Order of the Superior Court

            v.                        :

                                 :

RASHEAD BURNEY,                 :

                 :

           Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.